IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-1188-ZLW-PAC

OWEN-BRISTER FAMILY LIMITED PARTNERSHIP, L.P.,
a Texas limited partnership,

    Plaintiff,

v.

BRUCE GILMAN, an individual, and
LOT 600A LIMITED LIABILITY COMPANY,
a Colorado Limited Liability Company,

    Defendants.

BRUCE GILMAN,

    Third-Party Plaintiff,

v.

JBEARS, INC., a Texas corporation, and
JEFFREY O. SMITH, an individual,

    Third-Party Defendants.
_____

## ORDER OF DISMISSAL
_____

    The matter before the Court is an Unopposed And Stipulated Motion To Dismiss With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Unopposed And Stipulated Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that all claims and counterclaims between Plaintiff and Defendants, and all claims between Third-Party Plaintiff and Third-Party Defendants, are dismissed with prejudice, the parties to pay their own costs and attorneys fees.  It is

FURTHER ORDERED that this case is now closed on the docket of this Court, all issues having been resolved.

DATED at Denver, Colorado, this   12   day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court